UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 5:26-cv-06437-SSC Date: October 30, 2026

Title Liran Zorella v. Markwayne Mullin, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order Requiring Respond to Petitioner's *Ex Parte* Application for Temporary Restraining Order (ECF 4)**

Petitioner Liran Zorella is an Israeli citizen who entered the United States approximately 15 years ago on a visa; he is currently detained pending removal proceedings. (ECF 1 at 1, 6.) He has filed a counseled petition for writ of habeas corpus by person in federal custody pursuant to 28 U.S.C. § 2241, seeking release from detention. (*Id.* at 11.)

He alleges that his due process rights were violated when he was detained without pre-deprivation notice and hearing, and without an initial custody determination as required by 8 C.F.R. § 236.1(c)(8) and § 287.3(d). (*Id.* at 2–3, 6–11.) He further alleges a warrantless arrest in violation of 8 U.S.C. § 1357(a)(2), and an injunction imposed in a separate lawsuit. (*Id.*) He was detained by immigration authorities on

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-06437-SSC | Date: | October 30, 2026 |
| Title | Liran Zorella v. Markwayne Mullin, et al. | | |

October 28, 2026, after his release from state authorities for an unspecified criminal charge. (*Id.* at 2, 5.)

Along with the petition, Petitioner filed an *ex parte* application for a temporary restraining order (TRO). (ECF 4.) He alleges that he is likely to succeed on the merits of his claims and that he will suffer irreparable harm if not released as "complications from a recent surgery require intensive and urgent medical care, which he cannot receive in ICE custody." (*Id.* at 4.) That "intensive care" seems to include antibiotics, pain medication, a compression garment, and wound care (though all drains have been removed). (*Id.* at 4.) As proof that ICE is unable to provide this care, Petitioner alleges that his medications were dropped at the detention facility but he was not permitted to take them. (*Id.* at 5.)

The treatment results from a circumferential lipectomy—a cosmetic procedure also referenced as a "liposuction" in Petitioner's briefing, to remove excess tissue—and a post-surgical infection that has returned him to the surgeon's office twice including as recently as October 19, 2026, ten days before his detention. (*Id.* at 5; ECF 4-1 at 8.) His cosmetic surgeon has stated, in sum, that Petitioner's wounds must be monitored for further infection and that his healing should be monitored. (ECF 4 at 15.) From these facts, Petitioner posits that his "health and life are at risk" while detained. (*Id.* at 14.)

Petitioner provided Respondents notice of his intent to file the TRO yesterday and served the TRO on Respondents through their counsel. (ECF 4 at 18; ECF 4-1 at 2.)

Respondents are therefore ORDERED to file a response to the application for a TRO no later than **Monday**, **November 2, 2026, at**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-06437-SSC Date: October 30, 2026

Title Liran Zorella v. Markwayne Mullin, et al.

**3:00 p.m.** Such response must include information regarding healthcare provided to Petitioner to date, including whether he has been medically assessed for medication and wound-care needs.

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**